Barry R. CUNNINGHAM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44486.

Missouri Court of Appeals,
Western District.

Aug. 20, 1991.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the dismissal, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief as untimely filed.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

Tommy BURNSIDE, Appellant,

v.

Cyndi SMITH, L.P.N., III, Respondent.

No. WD 44670.

Missouri Court of Appeals,
Western District.

Aug. 20, 1991.

Thomas Burnside, Moberly, pro se.

William L. Webster, Atty. Gen., Michael Pritchett, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal of a prisoner's petition for monetary damages pursuant to 42 U.S.C. § 1983.

Affirmed. Rule 84.16(b).